USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                :

UNITED STATES OF AMERICA              :

          -against-             :       21-CR-603 (VEC)

                                :         ORDER

AAMIR WAHAB, WILLIAM WASHINGTON, :
KEYON DOOLING,                  :

                      Defendants.  :

                                :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 25, 2022, the Grand Jury returned a superseding indictment (S3) in this case;

WHEREAS Aamir Wahab, William Washington, and Keyon Dooling were added as Defendants in the superseding indictment (S3); and

WHEREAS upon arrest, those three Defendants will be presented in their respective districts of arrest.

IT IS HEREBY ORDERED that the Court refers the S.D.N.Y. initial presentments and any bail applications to Magistrate Judge Court.

IT IS FURTHER ORDERED that Aamir Wahab, William Washington, and Keyon Dooling will be arraigned before the Undersigned on **Monday, May 16, 2022 at 2:00 P.M.** The arraignments will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be

permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply

with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: April 27, 2022**
       **New York, NY**
                                               **VALERIE CAPRONI**
                                               **United States District Judge**