USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                        :

UNITED STATES OF AMERICA          :

                                      :

            -against-           :            21-CR-603 (VEC)

                                      :

                                      :              ORDER

TERRENCE WILLIAMS, *et al.*,        :
                        Defendants.    :

                                        :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 25, 2022, the Grand Jury returned a superseding indictment (S3) in this case.

IT IS HEREBY ORDERED that the Court reminds Aamir Wahab, William Washington, and Keyon Dooling that their arraignments on the superseding indictment (S3) will take place **in person** on Monday, May 16, 2022 at 2:00 P.M. in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. *See* Order, Dkt. 225.

IT IS FURTHER ORDERED that the 16 remaining Defendants listed on the superseding indictment (S3) will be arraigned on the superseding indictment in groups of four via video conference using the Zoom platform. The Court will hold the arraignments on Monday, May 9, 2022 at 10:00 A.M., 10:30 A.M., 3:00 P.M., and 3:30 P.M. By no later than **Monday, May 2, 2022**, Defense counsel for this group of Defendants must file a joint letter informing the Court which Defendants will appear at which times. The Government, Defense counsel, and the Defendants must appear on the video conferences. Each Defendant must file a waiver of in person appearance with the Court by no later than **Wednesday, May 4, 2022**. The Court will

schedule an in-person arraignment for any Defendant who does not consent to appear via video

conference and prefers to appear in person.


**SO ORDERED.**

**Dated: April 27, 2022**
       **New York, NY**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**