# Law Offices of Alex R. Kessel

15910 Ventura Blvd., Suite 1030, Encino, CA 91436       Tel: (818) 995-1422  Fax: (818) 788-9408

May 11, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2022
```

**BY ECF AND BY EMAIL**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



MEMO ENDORSED

RE: <u>United States v. Aamir Wahab, et al., Case No.: 1:21-CR-00603-20</u>

Dear Judge Caproni,

On May 11, 2022, the Honorable Katherine H. Parker authorized my appearance as retained counsel for defendant Aamir Wahab in this case. My client and I reside in the Central District of California. This matter is set before your Honor for status conference and arraignment on May 16, 2022, 2:00 p.m. I would request permission from this Honorable Court to allow both my client and I to appear at the hearing on May 16, 2022, by video and/or telephonic means. I am slated to be in Federal Court in Los Angeles on May 16, 2022, and in light of what is anticipated to be a relatively short appearance, would request the court to approve my request to virtually appear.

Although the Court has a strong preference for in person proceedings in criminal cases, given that Defense counsel has another appearance in California, the Court will allow Mr. Wahab and Mr. Kessel to appear remotely via video.  Chambers will email Defense counsel the video link tomorrow afternoon.

SO ORDERED.

*[signature]* Date: May 12, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

/S/ Alex R. Kessel

ALEX R. KESSEL, Cal Bar #110715
Law Offices of Alex R. Kessel
15910 Ventura Boulevard, Suite 1030
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: Kesellawfirm@gmail.com
ATTORNEY FOR AAMIR WAHAB

CC: Ryan B. Finkel, Assistant United States Attorney