UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Aamir Wahab

                          Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 00603-20

Defendant __Aamir Wahab__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

__X__  Initial Appearance Before a Judicial Officer

__X__  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__  Bail/Detention Hearing

__X__  Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Aamir Wahab**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Alex R. Kessel**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/11/2022
Date

_____
U.S. District Judge/U.S. Magistrate Judge