USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :
            -against-                                            :          21-CR-603 (VEC)
                                                                 :
                                                                 :          ORDER
AAMIR WAHAB,                                                     :
                                   Defendant.                    :
                                                                 :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on May 12, 2022, the Court granted Mr. Wahab's request to appear at his

arraignment via video conference, Dkt. 262.

        IT IS HEREBY ORDERED that Mr. Wahab must file a waiver of in person appearance

by no later than **Friday, May 13, 2022**.


**SO ORDERED.**


**Dated: May 12, 2022**
        **New York, NY**                        _____
                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**