UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA          :
                                                           :
      -against-                          :          21-CR-603 (VEC)
                                                           :
                                                           :          <u>ORDER</u>
   TERRENCE WILLIAMS et al.,          :
                                                           :
                     Defendants.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a status conference in this matter is scheduled for **Thursday, July 7, 2022, at 11:00 A.M.**

      IT IS HEREBY ORDERED that all those attending the July 7, 2022, status may appear remotely, via teleconference, or in person. The Government, Defense counsel, any Defendants who choose to attend, and any interested members of the public choosing to attend remotely must do so by dialing 1-888-363-4749, using the access code 3121171, and the security code 0603. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

      IT IS FURTHER ORDERED that any party wishing to attend in person must appear in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

SO ORDERED.

Dated: July 6, 2022
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**