```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                  :
                                          :
            -against-                     :       21-CR-603 (VEC)
                                          :
                                          :       ORDER
TERRENCE WILLIAMS, et al.,                :
                                          :
                  Defendant.              :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 31, 2022, a Grand Jury returned a superseding indictment (S7) in this case, charging the named Defendants with Count One, conspiracy to commit health care fraud and wire fraud, and Count Two, conspiracy to make false statements relating to health care matters, Dkt. 497;

IT IS HEREBY ORDERED that the arraignments are referred to Magistrate Judge court.

**SO ORDERED.**

Date: September 13, 2022
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**