USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                    :
                                            :
    -against-                              :    21-CR-603 (VEC)
                                            :
                                            :    ORDER
TERRENCE WILLIAMS et al.,                   :
                                            :
                               Defendants. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 5, 2022, the Court entered a Scheduling Order setting forth trial groupings and dates, Dkt. 468; and

    WHEREAS several Defendants have subsequently pleaded guilty.

    IT IS HEREBY ORDERED that the parties are ordered to meet and confer on proposed trial groupings for the remaining Defendants. The Court plans to try the Defendants in groups of three to five, on the dates previously set forth in the Court's August 5, 2022, Order, but with the first trial starting on **Monday, February 6, 2023**. If the parties can agree on proposed groupings, the Government must file a letter providing the agreed-upon groupings by **October 21, 2022**. If the parties cannot agree, the Government's proposed groupings are due no later than **October 21, 2022**, and the Defendants' joint response, with proposed counter-groupings, is due no later than **October 28, 2022**.

**SO ORDERED.**

Date: October 5, 2022
        New York, NY
                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**