# Law Offices of Alex R. Kessel

15910 Ventura Blvd., Suite 1030, Encino, CA 91436          Tel: (818) 995-1422  Fax: (818) 788-9408

November 17, 2022

**VIA ECF AND EMAIL**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      RE: United States v. Aamir Wahab, et al., Case No.: 1:21-CR-00603-20

Dear Judge Caproni,

      I represent Dr. Aamir Wahab in the above-referenced matter. I write this letter to inform the Court and the government that my client intends to enter an open guilty plea to the pending Superseding Indictment.
      I am still discussing the open plea with my client. I hope by January 2023 my client and I can schedule a change of plea hearing with the Court.
      Since the parties have been recently discussing trial groupings with the Court, my client and I wanted to inform the Court and the government of our intent to enter a plea of guilty so my client can earn a three level adjustment for acceptance of responsibility under U.S.S.G § 3E1.1 (a) and (b).

      Respectfully Submitted,

      /S/ Alex R. Kessel
      ALEX R. KESSEL, Cal Bar #110715
      Law Offices of Alex R. Kessel
      15910 Ventura Boulevard, Suite 1030
      Phone: (818) 995-1422
      Fax: (818) 788-9408
      Email: Kesellawfirm@gmail.com
      Attorney for Defendant, Aamir Wahab

CC: Ryan B. Finkel, Assistant United States Attorney