```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA                                   :
                                                             :
       -against-                                             :    21-CR-603 (VEC)
                                                             :
                                                             :        ORDER
  TERRENCE WILLIAMS et al.,                                  :
                                                             :
                                    Defendants.              :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/08/2022

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court received submissions from both defense counsel and the Government pursuant with proposed trial schedules, Dkts. 642, 657, and 660.

IT IS HEREBY ORDERED that a status conference to discuss trial scheduling will be held on **Wednesday, December 14, 2022, at 3:00 P.M.** Defense counsel for all Defendants who have not entered a guilty plea must appear at the conference. Defendants are welcome, but are not required, to attend this conference, which will be only a scheduling conference; defense counsel can orally waive the presence of any Defendant who chooses not to attend in person.

The conference will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. The Government and all defense counsel whose offices are in the New York metropolitan area are required to attend in person. Counsel who are located outside of the New York metropolitan area and any Defendant may attend remotely. Any attorney who intends to attend remotely must notify the Court in writing no later than **Monday, December 12, 2022**.

IT IS FURTHER ORDERED that Defendants who wish to attend remotely, Defense counsel from outside of the New York metropolitan area who wish to appear remotely, as well as interested members of the public may attend the conference by dialing 1-888-363-4749, using the access code 3121171, and the security code 0603. All attendees are advised to mute their phones

when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date:  **December 8, 2022**              _____
       **New York, NY**                        **VALERIE CAPRONI**
                                              **United States District Judge**