```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
          -against-                                  :    21-CR-603 (VEC)
                                                               :
                                                               :    ORDER
AAMIR WAHAB,                                                   :
                                           Defendant.    :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 3, 2023, the parties requested that the Court schedule a change-of-plea hearing in this matter.

      IT IS HEREBY ORDERED that the change of plea hearing will be held on **Friday, March 17, 2023, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: January 4, 2023**
**New York, NY**

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**