```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
        -v.-                        :    21 Cr. 603 (VEC)
                                    :
AAMIR WAHAB et al.,                 :
                                    :
                Defendants.         :
                                    :
------------------------------------:
                                    X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/17/2023

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Daniel G. Nessim, dated January 17, 2023;

WHEREAS on or about November 16, 2022, the Government sought and obtained an order authorizing the United States Department of the Treasury ("DOT") to disclose tax refund and payment information purportedly associated with the conspiracy charged in the Indictment (the "Tax Order"), and the Government recently received a production of documents from DOT in response to the Tax Order (the "Tax Documents");

WHEREAS trial in the above-captioned matter is currently scheduled to begin on May 15, 2023;

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in Title 26, United States Code,

the Tax Documents are required to be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure; and

IT IS HEREBY FURTHER ORDERED that the Tax Documents are probative of a matter in issue relevant in establishing the guilt of the defendants, *i.e.*, at the forthcoming trial in the above-captioned matter and may be used at trial, subject to the Federal Rules of Evidence and the Court's evidentiary rulings.

SO ORDERED.

Dated: New York, New York
       January 17, 2023

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE