USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
:
          -against-           :     21-CR-603 (VEC)
:
AAMIR WAHAB, :     <u>ORDER</u>
                  Defendant. :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 17, 2023, the parties appeared for a change of plea hearing; and

    WHEREAS Dr. Wahab entered a plea of guilty to Count 1 of the Superseding Indictment (S7), which was accepted by the Court.

    IT IS HEREBY ORDERED that Dr. Wahab will be sentenced on **Tuesday, July 25, 2023, at 2:30 P.M.** Pre-sentencing submissions are due no later than **July 11, 2023**. The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: March 17, 2023**
**New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**