

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2023

March 28, 2023

**BY ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 443
New York, NY 10007

  Re: *United States v. Washington et al.*, S7 21 Cr. 603 (VEC)

Dear Judge Caproni:

  Trial in this matter is scheduled to begin on May 15, 2023, with a final pretrial conference scheduled for May 4, 2023. At this time, seven pretrial defendants remain. The Government continues to discuss possible resolutions with several defendants and anticipates that more defendants will resolve their cases short of trial. As a result, the Government respectfully requests, without objection from defense counsel, that the Court grant a modest adjournment of the schedule for pretrial filings. In light of the Government's plea discussions and defense counsel availability, the Government respectfully proposes that *voir dire*, requests to charge, and opening motions *in limine* be due on Monday, April 10, 2023, with oppositions to the motions *in limine* due on April 24, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/_____
Ryan B. Finkel
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-6612/2486

---

*Voir dire*, requests to charge, and motions *in limine* are due on **Friday, April 7, 2023**. Any oppositions to the motions *in limine* are due on **Friday, April 14, 2023**.

The Court reminds defendants that, to the extent that they can file jointly, they are encouraged to do so. The Court will hold a single trial for any defendants who proceed to trial.

SO ORDERED.

*/s/ Valerie Caproni*
03/28/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE