

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2023

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 09/01/2023

**BY ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 443
New York, NY 10007

    Re:    *United States v. Aamir Wahab,* **21 Cr. 603 (VEC)**

Dear Judge Caproni:

    The Government respectfully writes to seek an adjournment of defendant Aamir Wahab's sentencing. The defendant is currently scheduled to be sentenced on September 25, 2023, which is Yom Kippur and which the assigned Assistant U.S. Attorneys intend to observe. The defendant consents to this request. Based on the Court's and the parties' availability, the parties respectfully request that sentencing be adjourned to October 23, 24, or 25, 2023.

Dr. Wahab will be sentenced on **Wednesday, October 25, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The parties' sentencing submissions are due on **October 12, 2023**.

SO ORDERED.

*Valerie Caproni* (signature)    09/01/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  /s/_____
    Ryan B. Finkel
    Daniel G. Nessim
    Assistant United States Attorneys
    (212) 637-6612/2486