USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA    :
:
-against-    :    21-CR-603 (VEC)
:
AAMIR WAHAB,    :    AMENDED ORDER
           Defendant.    :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Dr. Wahab is scheduled to be sentenced on October 25, 2023; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that Dr. Wahab will be sentenced on **Wednesday, December 20, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to strike the Order at Dkt. 1100.

**SO ORDERED.**

**Date:  October 23, 2023**                                              _____
**         New York, NY**                                                               **VALERIE CAPRONI**
                                                                                                   **United States District Judge**