USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
UNITED STATES OF AMERICA                   :
:
-against-                    :        21-CR-603 (VEC)
:
AAMIR WAHAB,                                   :        ORDER
            Defendant.                 :
:
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Dr. Wahab is scheduled to be sentenced on December 20, 2023 at 11:00 A.M., *see* Dkt. 1101;

WHEREAS Dr. Wahab's plea agreement and May 3, 2022 Pretrial Services Report reflect that he was convicted of grand theft in violation of the California Penal Code on or about September 21, 2023 (the "California Conviction"), *see* Plea Agreement at 3; PSR, Dkt. 979, ¶ 180[1]; and

WHEREAS in their sentencing submissions, the parties indicate that a two-level offense level reduction is warranted pursuant to Section 4C1.1 of the U.S. Sentencing Guidelines (the "Zero-Point Offender Reduction"); *see* Def. Mem., Dkt. 1073, at 2; Gov't Mem., Dkt. 1074, at 1 n.1;

IT IS HEREBY ORDERED that not later than **Tuesday, December 19, 2023, at 5:00 P.M.**, the parties must file a joint letter explaining why they agree that the Zero-Point Offender Reduction applies notwithstanding the California Conviction.

**SO ORDERED.**

Date:  **December 18, 2023**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

---

[1] Probation reported on June 8, 2023, that the California Conviction is not reflected in national criminal records. *See* PSR, Dkt. 979, ¶ 180.